# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANN JUSTINE WIESNER, AND ON BEHALF OF MINOR WIESNER,
Appellant,

vs.

MICHAEL BILKIN,
Respondent.

No. 66492

FILED

SEP 3 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

The notice of appeal fails to designate the specific order or judgment being challenged on appeal. *See* NRAP 3(c)(1)(B). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

cc: Hon. Adriana Escobar, District Judge
DeAnn Justine Wiesner
Eighth District Court Clerk

16-30578